MICHAEL F. HARDIMAN, SBN 104508
HARDIMAN & CARROLL, LLP
450 Sansome Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 248-3930

BRUCE A. MOOTHART
JOSHUA M. ELLWANGER
HUSCH BLACKWELL SANDERS LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Fax: (816) 983-8080
E-mail: bruce.moothart@huschblackwell.com
        josh.ellwanger@huschblackwell.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTAWA COOPERATIVE ASSOCIATION,<br><br>  Plaintiff,<br><br>vs.<br><br>DEL MONTE FOODS,<br><br>  Defendant | Case No.: No. CV09 3323 SC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to a settlement agreement between the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Ottawa Cooperative Association, and Defendant, Del Monte Foods, hereby stipulate to the dismissal of all claims against each party, including both Ottawa Cooperative Association's claims against Del Monte Foods and Del Monte Foods' counterclaims against Ottawa Cooperative Association, with prejudice, each party to bear its own costs. A proposed order is attached as Exhibit A.

Dated: February 24, 2010

1
2          Respectfully Submitted,
3
     /s/ Joshua M. Ellwanger
4    Bruce A. Moothart
     Joshua M. Ellwanger
5    HUSCH BLACKWELL SANDERS LLP
     4801 Main Street, Suite 1000
6    Kansas City, Missouri  64112
     (816) 983-8000 (phone)
7    (816) 983-8080 (fax)
     bruce.moothart@huschblackwell.com
8    josh.ellwanger@huschblackwell.com
     Attorneys for Ottawa Cooperative Association
9    Admitted Pro Hac Vice
10
11
     /s/ William C. Wilka
12   William C. Wilka
     Dudnick Detwiler Rivin & Stikker LLP
13   351 California Street, 15th Floor
     San Francisco, CA 94104
14   (415) 982-1400 (phone)
     (415) 982-1401 (fax)
15   bwilka@ddrs.com
     Attorney for Del Monte Corporation, dba
16   Del Monte Foods
17
18
19
20
21
22
23
24
25

2

KCD-1065421-1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OTTAWA COOPERATIVE ASSOCIATION,

    Plaintiff,

  vs.

DEL MONTE FOODS,

    Defendant

Case No.: No. CV09 3323 SC

ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby dismisses Plaintiff's claims against Defendant, Del Monte Foods, and Del Monte Foods counterclaims against Ottawa Cooperative Association, with prejudice, each party to bear their own costs.

IT IS SO ORDERED.

Date:   3/1/10



Honorable
Senior Judge, United States District Court-
Northern District of California

1